Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, DEL MAR RECOVERY
SOLUTIONS, LLC dba RESOLVION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN RAE CHAPON,<br><br>          Plaintiff,<br><br>     v.<br><br>DEL MAR RECOVERY SOLUTIONS, LLC,<br>dba RESOLVION,<br><br>          Defendant. | CASE NO.:<br><br>[JUSTICE COURT, HENDERSON TWP.<br>CASE NO.:  23AH000082]<br><br>A CIVIL ACTION |

### DEFENDANT AMERICAN LENDING SOLUTIONS, LLC'S NOTICE OF REMOVAL

Defendant, ALS Resolvion, LLC, improperly identified as "Del Mar Recovery Solutions, LLC", by and through its counsel, Sarai L. Thornton, Esq. of Skane Mills LLP, hereby files the within Notice of Removal of this action from the Justice Court, Henderson Township, Clark County, Nevada to this Court pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, and in support thereof aver as follows:

1.     On May 15, 2023, Plaintiff, Karen Rae Chapon ("Plaintiff") commenced an action captioned Chapon v. Del Mar Recovery Solutions, LLC, dba Resolvion in the Justice Court, Henderson Township, Dept. 3, Case No. 23AH000082 (the "State Court Action").

2.     A true and correct copy of the Small Claims Complaint is attached hereto as Exhibit "A."

1

3. The Small Claims Complaint was received by ALS Resolvion, LLC on July 5, 2023, at the earliest.

4. No further pleadings have been filed, and no further proceedings have been had, in the State Court Action.

5. Removal is timely because thirty (30) days have not expired since the State Court Complaint was received. See 28 U.S.C. § 1446(b)(1).

6. The State Court Action is a civil action for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 because the State Court Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p ("FDCPA"), and seeks money damages pursuant to same. See Exhibit A, "Resolvion is liable under the FDCPA…".

7. Defendant expressly denies violating the FDCPA, if any, avers the statute of limitations has expired on any alleged claim, and expressly deny violating any provision of the FDCPA respecting any interactions with Plaintiff. Defendant reserves all defenses under the FDCPA and otherwise in connection with the allegations of the State Court Complaint.

8. Because the State Court Action arises out of an alleged violation of the FDCPA, however, it presents a federal question.

9. As the State Court Action is a "civil action arising under the Constitution, laws, or treaties of the United States," this Court has original subject matter jurisdiction over same pursuant to 28 U.S.C. § 1331, regardless of the amount in controversy.

10. Venue is proper in the United States District Court for the District of Nevada because the Plaintiff commenced the original State Court Action in this District. See 28 U.S.C. § 112(c); see also id. § 1441(a).

11. Pursuant to 28 U.S.C. § 1446(a), all pleadings served upon Defendants are attached hereto.

///

///

///

2

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, and a Notice of Removal to Federal Court will be duly filed with the Clerk of the Justice Court, Henderson County.

**WHEREFORE**, Defendant ALS Resolvion, LLC respectfully requests that the above-described action now pending in the Justice Court, Henderson Township be removed to this Court.

DATED: August 3, 2023                           SKANE MILLS LLP

                                                                */s/ Sarai L. Thornton*

                                        By:     _____
                                                                Elizabeth A. Skane, Esq. (Bar No.7181)
                                                                eskane@skanemills.com
                                                                Sarai L. Thornton, Esq. (Bar No. 11067)
                                                                sthornton@skanemills.com
                                                                1120 Town Center Drive, Suite 200
                                                                Las Vegas, Nevada 89144
                                                                (702) 363-2535 / Fax (702) 363-2534

                                                                Attorneys for Defendant,
                                                                DEL MAR RECOVERY SOLUTIONS, LLC
                                                                dba RESOLVION

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2023, I sent via e-mail a true and correct copy of the above and foregoing **DEFENDANT AMERICAN LENDING SOLUTIONS, LLC'S NOTICE OF REMOVAL**, through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

*/s/ Yesenia Lopez-Lutes*

An employee of Skane Mills LLP

## SERVICE LIST

| Karen Rae Chapon<br>111 Valarie Way<br>Henderson, NV 89074<br><br>T: (775) 292-5602<br>Email: khannafious@icloud.com | Pro Se |
| --- | --- |

# EXHIBIT A

# Justice Court, Henderson Township
## CLARK COUNTY, NEVADA

Name: KAREN RAE CHAPON

Address: 111 VALARIE WAY
HENDERSON, NV 89074

Telephone: 775-292-5602    Email: khannaflous@icloud.com
Plaintiff,

—vs—

Name: DEL MAR RECOVERY SOLUTIONS, LLC, dba RESOLVION

Address: 112 NORTH CURRY STREET
CARSON CITY, NV 89703

Telephone:    Email:
Defendant,

CASE NO. 23AH000082
DEPT NO. 3

**AFFIDAVIT OF COMPLAINT SMALL CLAIMS**

STATE OF NEVADA )
COUNTY OF CLARK )

I, (insert your full name) KAREN RAE CHAPON , state that the Defendant owes the Plaintiff the sum of $ 10,000.00 . The reason for this indebtedness is:

During a respossession of my vehicle, Resolvion's agent destroyed my driveway. Resolvion's agent also trespassed by illegally entering our neighborhood in violation of NRS 207.200 as signs are clearly posted on the entrance gate to the neighborhood and in addition, trespassed on my boyfriend's truck by reaching through the window of the passenger side to unlock it, get inside, put it in neutral and roll it backwards down the street to park it blocking the neighbor's driveway. He did this in order to gain access to my vehicle which he was trying to repossess. Resolvion is liable under the FDCPA and negligent. Resolvion is legally doing business in Las Vegas, Clark County, NV.

Demand for payment has been made, and the Defendant refuses to pay the same. Henderson Justice Court, in the County of Clark, State of Nevada has jurisdiction because the defendant resides, does business in, or is employed in Henderson Township at the time of the filing of the complaint, or was so when the cause of action arose; or in cases involving injury to the person or property, Henderson Township is the location where the injury occurred; or in cases involving a contract to perform an obligation, where the obligation is or was to be performed.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct (NRS 53.045).

(Affiant's Signature)                    (Date)

## SUMMONS & ORDER TO APPEAR

**NOTICE:** YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU APPEAR ON THE FOLLOWING DATE.

YOU ARE HEREBY ORDERED TO APPEAR FOR TRIAL ON THE PLAINTIFF'S CLAIM AT:
HENDERSON JUSTICE COURT • 243 WATER STREET • HENDERSON, NEVADA 89015
on the 16TH day of AUGUST , 20 23 , at the hour of 8:30AM in Dept. # 3 and present any defense you may have. All parties who appear in Court must be authorized to potentially enter into binding agreements through a mediation process. You are further notified that in the event you do not appear on time, judgment will be given against you in the amount claimed due by the Plaintiff, which may result in the garnishment of wages and the seizure of property. **IT IS MANDATORY TO BRING WITH YOU ALL WITNESSES AND AN ORIGINAL AND TWO (2) COPIES OF ANY EVIDENCE, RECEIPTS OR BOOKS NECESSARY TO PROVE YOUR CASE. INDIVIDUAL PIECES OF EVIDENCE SHOULD BE ORGANIZED AND CLEARLY MARKED FOR REFERENCE FOR THE COURT.**

PLEASE CONTACT HENDERSON JUSTICE COURT TO CONFIRM COURT DATE: (702) 455-7980.

| | | |
|---|---|---|
| COURT COSTS | $ | |
| CONSTABLE/PS FEES | $ | |
| TOTAL | $ | |

HJC 09/17/2019

## AFFIDAVIT OF SERVICE

STATE OF NEVADA )
               :ss
COUNTY OF CLARK )

_____ being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the Affidavit of Complaint Small Claims on the _____ day of _____, 20_____ and served the same on the _____ day of _____, 20_____ by:

### (Affiant must complete the appropriate paragraph)

1.  Delivering and leaving a copy with the Defendant _____
    at *(insert address)* _____.

2.  Serving the Defendant _____ by personally delivering and leaving a
    copy with _____, a person of suitable age and discretion
    residing at the Defendant's usual place of abode located at *(insert address)*: _____
    _____

### (Use paragraph 3 for service upon agent, completing A or B)

3.  Serving the Defendant _____ by personally delivering and leaving at:
    *(insert address)*_____.

    a.  With _____ as _____,
       an agent lawfully designated by statute to accept service of process;

    b.  With _____, pursuant
       to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the
       resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.  **You must obtain an Order from the Judge prior to service by mail of an Affidavit of Complaint.** Personally depositing a copy in a mailbox of the United States Post Office, enclosed in a sealed envelope postage prepaid *(check appropriate method)*:
    _____ Certified mail, return receipt requested    _____ Registered mail, return receipt requested
    addressed to the Defendant _____ at Defendant's last known address
    which is: *(insert address)*_____
    (For valid service by mail, a copy of the Certificate of Mailing or Return Receipt must be attached hereto.)

**Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed in the State of Nevada, County of Clark.**

_____       _____
*(Date)*                                *(Signature of Person Making Service)*

_____       _____
*(Phone Number)*                          *(Printed Name of Person Making Service)*

## NOTATIONS