Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, DEL MAR RECOVERY
SOLUTIONS, LLC dba RESOLVION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN RAE CHAPON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEL MAR RECOVERY SOLUTIONS, LLC, dba RESOLVION,<br><br>　　　　　Defendant. | CASE NO.: 2:23-cv-01215-CDS-BNW<br><br>[JUSTICE COURT, HENDERSON TWP. CASE NO.: 23AH000082]<br><br>**Judge:** Cristina D. Silva<br>**Magistrate:** Brenda Weksler<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, KAREN RAE CHAPON (pro per Plaintiff), and Defendant ALS Resolvion, LLC, improperly identified as "Del Mar Recovery Solutions, LLC" (herein after referred to as "Resolvion"), by and through its counsel of record, Sarai L. Thornton, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff KAREN RAE CHAPON against Defendant Resolvion and any amendments thereafter, are hereby dismissed with prejudice against Resolvion.

Each party to bear their own attorneys' fees and costs.

///
///
///
///

**IT IS SO STIPULATED.**

DATED this 13 day of November, 2023.       DATED this 13th day of November, 2023.

KAREN RAE CHAPON                            SKANE MILLS LLP

/s/                                         /s/
By:_____              By:_____
Karen Rae Chapon                            Sarai L. Thornton, Esq. (Bar #11067)
*khannafious@icloud.com*                    *sthornton@skanemills.com*
111 Valarie Way                             1120 Town Center Drive, Suite 200
Henderson, NV 89074                         Las Vegas, Nevada  89144
*Pro se Plaintiff*                          *Attorneys for ALS Resolvion, LLC*

///
///
///

2

**ORDER**

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, KAREN RAE CHAPON, against Defendant ALS Resolvion, LLC, in the above-captioned matter, United States District Court, Case No. 2:23-cv-01215-CDS-BNW, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant ALS Resolvion, LLC.

Each party to bear its own attorneys' fees and costs.

_____
Cristina D. Silva
United States District Judge

Dated: November 13, 2023

Respectfully submitted by:

SKANE MILLS LLP

By: /s/ [signature]
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

*Attorneys for Defendant,*
*ALS Resolvion, LLC*